■ In the Matter of RUDOLPH H. KROPP, SR., Respondent, v LISAANN M. RUTHERFORD, Appellant. [803 NYS2d 497]—Appeal from an order of the Family Court, Niagara County (John F. Batt, J.), entered September 8, 2004 in a proceeding pursuant to Family Court Act article 6. The order granted the parties joint custody of the subject children with primary physical residence to petitioner and visitation to respondent.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Matter of Cherilyn P.*, 192 AD2d 1084 [1993], *lv denied* 82 NY2d 652 [1993]; *see also* CPLR 5511). Present—Pigott, Jr., P.J., Green, Hurlbutt, Gorski and Smith, JJ.

■ In the Matter of DENISE FOSTER, Appellant, v JAMES B. KING, Respondent. [803 NYS2d 473]—Appeal from an order of the Family Court, Erie County (Paul G. Buchanan, J.), entered May 7, 2004 in a proceeding pursuant to Family Court Act article 6. The order dismissed without prejudice the petition seeking modification of a prior custody order.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs.

Memorandum: Petitioner appeals from an order dismissing without prejudice her petition seeking modification of a prior custody order. During the pendency of the appeal, petitioner filed a petition seeking the same relief, thus rendering the appeal moot (*see Gelbard v Genesee Hosp.*, 255 AD2d 882 [1998], *lv dismissed in part and denied in part* 93 NY2d 916 [1999]; *see also Matter of Coakley v Sanders*, 247 AD2d 648 [1998]). Present—Pigott, Jr., P.J., Green, Hurlbutt, Gorski and Smith, JJ.